UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LASHUNDA Y. F., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | No. 3:21-CV-322-B-BT |
| KILOLO KIJAKAZI, | § | |
| Acting Commissioner of the | § | |
| Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated July 14, 2022. The Court has made a *de novo* review of the portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

While Plaintiff's argument regarding the Administrative Law Judge's ("ALJ's") failure to address her Global Assessment of Functioning Score ("GAF score") is not addressed by the Findings, Conclusions, and Recommendation, the Court finds that this argument fails to show that remand is required in this case. Plaintiff cites multiple decisions holding that an ALJ's failure to address a claimant's GAF score in his written decision is reversible error, but all the authority Plaintiff cites deals with claims brought prior to the 2017 amendments of the social security regulations. Under the new regulations, an ALJ need not "provide any analysis in [the] determination or decision about a decision made by any other governmental agency or nongovernmental entity about whether [the claimant is] disabled, blind, employable, or entitled to any benefits." 20 C.F.R. § 404.1504. Because a claimant's GAF score is a "decision made by . . . [a] nongovernmental entity about whether [the

claimant is] disabled," an ALJ "is not obligated" to discuss it in his written decision. *Macias v. Saul*, No. EP-20-CV-00145-ATB, 2021 WL 2266171, at *6-*7 (W.D. Tex. June 3, 2021) (quoting 20 C.F.R. § 404.1504). Accordingly, in this case, the ALJ's failure to address Plaintiff's GAF score in his written decision was not error.

**IT IS THEREFORE ORDERED** that, because the ALJ applied the correct legal standards and substantial evidence supports the ALJ's decision that Plaintiff is not disabled within the meaning of the Social Security Act, the Commissioner's decision is AFFIRMED in all respects.

**SO ORDERED** this 9th day of August, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE